# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2020 MAY 20 P 1:38
CLERK OF COURT

(Full name of plaintiff(s))

**Denzel Samanta Rivers**

v.

(Full name of defendant(s))

Sgt. Brandon Fisher, Sgt. Jospeh Benhem, LT. Jenney Stanier, LT. Thomas Nelson, officer John Birdyshaw, %o Allen Muelhorn, %o Amy Felski, %o Saskia Alderden, RN Robert Weiman, RN Vick Gwendolyn, ICE James Muenchow, Sgt. John Doe Schultz/Phalin, %o John Doe White, Sgt. John Doe Schmidtt

Case Number:

**20-CV-00721-PP**

(to be supplied by Clerk of Court)

### A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** (State), and is located at

   **Waupun Correctional Institution P.O Box 351 Waupun, WI 53963**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Brandon Fisher, Thomas Nelson, Jospeh Benhem, Jenney Stanier, John Birdyshaw, Allen Muelhorn, John Doe White, Saskia Alderden, Robert Weiman, Vick Gwendolyn, Amy Felski, James Muenchow, John Doe Schultz/Phalin (Name)
   is (if a person or private corporation) a citizen of **Wisconsin**

Complaint – 1

(State, if known)
and (if a person) resides at Waupun Correctional Institution P.O.Box 351, Waupun, WI 53963
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Waupun Correctional Institution P.O. Box 351 Waupun, WI 53963
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1.) On October 19th, 2019 I, Denzel S. Rivers #503053 was housed in Waupun Correctional Institution Segregation unit in cell A-212 on A Rang upper.

2.) Throughout my incarcerations I have been diagnosed with Asthma and once was on a Nebulizer Breathing Machine as well as prescribed a Albuterol Inhaler, Alvesco Inhaler, and Montelukast pill to control my Asthma Before October 19th, 2019.

3.) All Correctional officers in Waupun Correctional Institution Segregation unit are Required to have a Body Camera on during all interactions with inmates that record Audio and Video.

4.) On October 19th, 2019 during Second Shift in Waupun Prison Segregation unit upper A-Rang inmate Ronald Walker #465473 was sprayed with incapacitating agent by Sergeant Brandon Fisher in a attempt to gain compliance.

Complaint – 2

5.) All upper A rang Ventilation Systems were cut off then restarted with only the INTAKE Vent that's directly by the cell door turned to its Max sucking air within the cell as well as air outside the cell inside this Intake Vent;

6.) This Exposed me to the Second hand Incapacitating Agent spray that lingered from inmate Walker #466473 cell during the minutes his cell door was open to be Handcuffed, Put in Shackles, and removed After sprayed.

7.) I begin Coughing out of control gasping for air triggering my known Asthma.

8.) I immediately pushed my emergency call button in cell A-212 and informed officer Saskia Alderden, being the officer working Control, I could not breath, Need inhaler, and have chest pain.

9.) Sergeant John Doe Schmidt, being upper A Rang officer, arrived at my cell A-212 with my Albuteral Inhaler.

10.) Behind me coughing so much I developed pain when I breathe in or out with my Albuteral Inhaler being of little help still gasping for air.

11.) At 7:20pm I pushed my emergency call button with means to see a nurse but officer Saskia Alderden immediately hung up my call.

12.) At 7:26pm, inmate Omvid Mahan #513176 in cell A-213 pushed his emergency call button to officer Saskia Alderden to reveal my

Complaint – 3

medical emergancy but got No Response.

13.) I continued pushing my emergancy call button but got no response from officer Saskia Alderden.

14.) Sergant John Doe Schmidt conducted medication pass and arrived at my cell A-212 in which I told him I couldn't breathe, chest pain when I breathe in and out behind the second hand exposure to the incapacitating spray.

15.) Sergeant John Doe Schmidt immediately left from my cell and came back at 7:38pm stating he informed the unit Sergeant Brandon Fisher of my medical emergancy as well as RN Vick Gwendolyn and continued passing out medications.

16.) At 7:45pm inmate Pierre Pickens #480791 in cell A-211 pushed his emergancy call button to rely my medical emergancy and officer Saskia Alderden told him "The Nurse will be up."

17.) I was Never Seen by a Nurse on 10-19-19 After the use of this incapacitating agent.

18.) At 7:53pm I pushed my emergancy call button and officer Saskia Alderden picked up then hung up.

19.) From 8pm through 8:45pm, myself and inmate Pierre Pickens #480791 in cell A-211 pushed our emergancy call button but received No response from officer Saskia Alderden.

20.) At 8:47pm Sergeant John Doe Schmidt passed out mail on upper A-Rang and approached my cell A-212 to see I covered my cell window with my Blanket for means for Medical attention, then walked off.

21.) At 8:55pm L.T. Jermey Staniec and Sergeant John Doe, Schmidt approached my cell A-212 to get me to uncover my window in which I tried telling both of my medical emergancy while wheezing in pain.

22.) L.T. Jermey Staniec opened my cell Trap, I stuck my hands out with my maintinance Albuteral Inhaler in my hand but dropped

my Albuteral inhaler on the floor outside my cell in which LT. Jenney Staniec closed my trap, picked up my inhaler and walked off with my inhaler.

23.) Without my maintenance Albuteral Inhaler I ended up passing out from an Asthma Attack.

24.) I eventually came to, sat up for a minute, and managed to write a sign that stated "CAN'T BREATHE, CHEST PAIN, MEDICAL EMERGENCY" and stuck it in my cell A-212 window, and sat back down.

25.) At 9:45pm Sergeant John Doe Schmidt stopped at my cell A-212 and seen the sign in my window as well as me wheezing and stated to me He will tell the Unit Sergeant again, then walked off.

26.) I tried standing up to put my arms above my head in order to open up my breathing but ended up passing out again.

27.) After coming to, At 10:05pm during Third Shift I pushed my medical Emergency button which summoned officer Amy Felski being the officer working in Control Station.

28.) I informed officer Amy Felski of my medical emergency but was told she would notify the Unit Sergeant.

29.) At 10:10pm I pushed my button again and officer Amy Felski told me that the Sergeant was notified.

30.) At 10:11pm Unit Sergeant John Doe Schultz 'Phalin, conducted his first round on upper A-rang and while at my cell-A-212 that revealed the sign in window "CAN'T BREATHE, CHEST PAIN, MEDICAL EMERGENCY" I tried telling this Sergeant best I could of my Medical Emergency and was told "THE NURSE WAS INFORMED" and kept walking.

31.) From 10:15pm through 10:30pm I continued pushing my emergency button, but got no response from officer Amy Felski.

32.) At 10:30pm officer John Doe White conducted his first round on upper A-rang and approached my cell in which I pointed at my

Sign in my window and was told "I will contact someone" and walked off.

33.) At 10:37pm I pushed my emergency button again and officer Amy Felski picked up my call then immediately hung up.

34.) At 10:38pm, inmate Pierre Pickens #480791 in cell A-211 pushed his emergency button and revealed my emergency matter but was told by officer Amy Felski "The Sergeant is well aware, worry about yourself" then hung up.

35.) At 10:52pm inmate Pierre Pickens in cell A-211 pushed his emergency button to officer Amy Felski stating he was feeling suicidal as means to get officers at my cell A-212.

36.) Sergeant John Doe Schultz 'Phalin approached inmate Pierre Pickens #480791 cell A-211 in which inmate Pickens told this Sergeant he need to check up on inmate Rivers next door.

37.) Sergeant John Doe Schultz 'Phalin looked into my cell A-212 to see me wheezing gasping for air with the sign "CAN'T BREATH CHEST PAIN MEDICAL EMERGENCY" in my window, but stepped back to cell A-211 to tell inmate Pickens #480791 that "Rivers is OK." then walked off.

38.) At 11:05pm LT. Thomas Nelson conducted his first round on upper A-Rang and approached my cell A-212 to see the visiable sign in my window and tried telling him of my medical emergancy but he walked off.

39.) At 11:30pm officer John Doe White conducted his second round on A-Rang upper, passed my cell A-212 with this sign in the window but walked off.

40.) At 12:10 AM on 10-20-19 Third Shift LT. Thomas Nelson did his second round on upper A rang and approached my cell A-212 in which I told him again of my issue but told me "Did the Sergeant

talk to you yet?" then walked off.

41.) At 12:30 AM on 10-20-19 Third Shift officer John Doe White conducted another round and when he approached my cell and I revealed my medical issue he mentioned "What do I want him to do about it" then walked off.

42.) At 1:10 AM Sergeant John Doe Schultz'Phakin did yet another round and revealed to me He called the Nurse already then walked off.

43.) RN Vick Gwendolyn was the Nurse on Third Shift yet Never provided me medical attention.

44.) From 1:11 AM through 2:30 AM I continued pushing my emergency call button in which officer Amy Pelski told me to stop pushing my button and that I would receive a Conduct Report, yet provided me no assistance.

45.) I laid on the cool floor with means to cool my body & to also control my breathing and was unable to see who else did their rounds, though the Sign Still in Window.

46.) On October 20th 2019 during First shift at 6:06 AM I pushed my Emergency Button and officer John Birdyshaw worked control in which I told him about my shortness of breath and pain when I breathe in and out but was told to "Let my Rang officer Know."

47.) At 6:22 AM officer Allen Muelhorn approached my cell A-212 for Medications during A.M medication pass in which I told him of my Medical concern, but done nothing.

48.) At 6:22 AM at medication pass I requested my Montelukast Asthma Medications, received them, but my inhaler was Not on the medication cart during this medication pass.

49.) At 6:27 AM I pushed my medical Emergency Button to officer John Birdyshaw and revealed my shortness of Breath and pain when I breath in and out but was told "Nurse was notified about my issue but is not worried."

50.) Unit Sergeant Jospeh Beahm and RN Robert Wieman conducted their Controlled medication and nearly approached my cell A-212 when myself and inmate Pierre Pickens in cell A-211 revealed that I had a medical Emergency.

51.) Unit Sergeant Jospeh Beahm yelled at me that I should have thought about that before I exposed myself to a female officer on 10-19-19 2nd shift "in relation to a rumor thats of No Record."

52.) Unit Sergeant Jospeh Beahm Stepped away from the RN Robert Wieman and approached my cell door that reveal the sign "CAN'T BREATH, CHEST PAIN, MEDICAL EMERGENCY" and stated "Your OK" and walked off with RN Robert Wieman.

53.) I revealed that I would file a civil claim against both Sergeant Jospeh Beahm and RN Robert Wieman in which Sergeant Jospeh Beahm stated "I don't Care."

54.) At 7:00 am I pushed my button to officer John Bidyshaw and asked for medical attention and my Inhaler but was told "No".

55.) At 7:18 AM I pushed my Button to officer John Bidyshaw revealing my shortness of Breath and pain when I breathe in or out but was told "Stop pushing your Button, Your a Real Bitch Today".

56.) At 12:06 AM on 10-20-19 Unit Sergeant Jospeh Beahm approached my cell A-212 to Escort me to the Health unit for medical attention.

57.) Once Sergeant Jospeh "handcuffed me from behind while seeing the sign in my cell door window, "CAN'T BREATHE, CHEST PAIN, MEDICAL EMERGANCY," Sergeant Jospeh Beahm verbally told me I will be going on a 10 Day Paper Restriction, - Taken into Consideration I told him I would file a claim against [redacted] him and RN. Robert Weiman.

58.) At 12:28 pm I was evaluated by RN Robert Weiman, in which I verbally I had chest pain when I breathe in or out and difficulties breathing after Incapacitating Aand Spray was used 10-19-19 2nd Shift.

59.) RN Robert Weiman only provided me 1-puff of a New Albuteral

Inhaler seeing that mine was missing as well as RN Robert Weinman personal reports being different in diagnoses from my verbal report. - Take into consideration I told RN Robert Weinman I would file a Claim form prior to evaluation.

60.) Before being put back in my cell A-212 Sergeant Joseph Beahm Authorized for all my paper to be removed from my cell.

61.) I was on a KNOWN Legal court deadline of October 24th, 2019 that Sergeant Joseph Beahm was aware of in which everyday of the weekday I was pulled out of cell A-212 for Daily Law Library.

62.) I was unable to carry out my Law Library research, personally fill out Health Request forms due to Sergeant Joseph Beahm personally Authorizing for all my paper to be removed from my cell.

63.) On October 24th, 2019 a follow up of my Asthma Attack was conducted by R.N Robert C. Ahlborg that reveals that I had faint wheezing, pain with forced cough and palpation of chest wall that differed from RN Robert Weinman evaluation. RN Robert C. Ahlborg referred me to a Doctor. ~~[struck through]~~

64.) On October 24th, 2019 during First Shift Captain Kyle Tritt Authorized for me to receive all my paper back seeing that the 10 day loss of paper Restriction Sergeant Joseph Beahm personally put me on was Not Authorized by a Supervisor or Security Director. on October 20th, 2019.

65.) Sergeant John Doe Schultz Phalin returned all my paper.

66.) On September 17th, 2019 complaint #WCI-2019-18408 was filed by me against Complaint Examiner James Muenchow for failure to carry out his job duties in properly investigating a complaint I filed.

67.) On October 31st, 2019 I Submitted Complaint #WCI-2019-18958 against Sergeant Joseph Beahm for putting me on an UNAuthorized paper restriction on 10-20-19 in which Complaint Examiner James Muenchow purposely Rejected to Retaliate against me.

68.) On November 6th, 2019 officer Amy Polski revealed under Conduct Report

No.523716/ DOC-9 form that "she ISOLATED my Emergency intercom, to keep it open for Actual Emergency from other inmates," though also revealed under questioning that "it was not to her knowledge if I received medical attention" with being the officer working Control with access to hallway cameras, cell door control, and Emergency intercom.

69.) On October 25th, 2019, and November 8th, 2019 Complaint Examiner James Muenchow RETURNED my Complaints against Sergeant Joseph Beahm pertaining my UnAuthorized paper restriction, claiming that I didn't follow proper rules in which I did being revealed in Complaint.

70.) On November 11th, 2019 Complaint Examiner James Muenchow failed to Access my Complaint involving all said Defendants claiming I mention several Staff from different areas and different times, but all matters related to denied medical care.

71.) On November 12th, 2019 I resubmitted this Complaint against all said Defendants in which Complaint Examiner James Muenchow later revealed that he never received this Complaint.

72.) On December 4th, 2019 I resubmitted a Complaint against all said defendants in which Complaint Examiner James Muenchow Returned claiming I named Several Staff, at different times on different dates, but all matters related to denied medical care.

73.) On December 6th, 2019 I resubmitted this Complaint revealing all relations but Complaint Examiner James Muenchow sent a memo to State Complaint will NOT be processed nor Returned.

74.) On December 9th, 2019 I Resubmitted a Complaint against all said defendants in which Complaint Examiner James Muenchow Returned both my Complaint and a Return letter Stating "Complaint will not be Returned/medical care 10-19-2019" But mistakenly Returned the Complaint.

75.) on December 17th, 2019 I Submitted Complaint #WCI-2019-21781 against Complaint Examiner James Muenchow failing to Return the multiple Complaints he failed to Access against all said Defendants.

76.) On November 24th, 2019 I sent out U.S Mail to my Brother Deshineo Rivers in Fox Lake Correctional Institution asking for help finding a attorney to represent me and officer John Birdyshaw was the officer sorting mail on third shift on this same date.

77.) On December 7th, 2019 I received U.S Mail from my family stating that the letter I sent to my Brother Deshineo Rivers' in Foxlake prison on 11-24-19 arrived without the actual letter inside it.

78.) Third Shift officers are to inspect inmate to inmate mail and officer John Birdyshaw tampered with my mail in relation to the complaint I filed against him dated 10-20-19 matter.

79.) On December 16th, 2019 I filed this Complaint against officer John Birdyshaw but Complaint Examiner James Muenchow, Retaliated and returned this complaint of claims I can not file two complaints per week when I showed good cause for a second complaint.

80.) Complaint Examiner James Muenchow, officer John Birdyshaw, and Sergeant Jospeh Beahm all Retaliated against me.

81.) LT. Thomas Nelson, LT. Jenney Stanitec, Sgt. Brandon Fisher, Sgt. Jospeh Beahm, Sgt. John Doe Schmidt, Sgt. John Doe Schultz' Phalin, officer John Birdyshaw, officer Sasha Alderden, officer Allen Nuelhorn, officer Amy Felski, officer John Doe White, RN Robert Wierman, and RN Vick Gwendolyn were deliberate indifferent to my medical care and was an act of cruel and unusual punishment.

82.) All above officers' disregarded my medical need due to these officers feeding off a Rumor that I exposed myself to a female officer though there is no record of this on 10-19-19.

83.) See "Turzych V. Prison Health Service Inc. 627 F.3d 1215, 1219 (11th Cir. 2010) Prisoners need not file multiple successive grievencies raising the same issue. See Siggers V. Campbell 652 F.3d 681, 692 (6th Cir. 2011) Separate complaints about particular incidents are only required if the underlying facts or the complaints are different. See "Turley

v. Rednour, 729 F.3d 645, 650 (7th Cir. 2013) once the prisoner has received notice of, and an opportunity to correct, a problem, the prisoner has satisfied the purpose of the exhaustion requirement.

I declare under penalty of perjury that the forgoing is True and Correct.

Denzel S. Rivers #503053
Waupun Correctional Institution
P.O Box 351
Waupun, WI 53963

*Denzel S. Rivers*
May 6th, 2020

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Defendants Violated my 8th and 1st Amendments of Deliberate Indifference and Retaliation. Denied medical care for a Serious Medical need could have cost me my life. Putting me on a Bogus Paper Restriction as well as Purposly Denying my Complaint prevented me from legally given raise to the matter. Therefore, I sue all Defendants in their official and individual capacity for ONE HUNDRED THOUSAND dollars in Compensatory Damages and 15 THOUSAND in Punitive Damages to include a "T.R.O" to be Transfered to GreenBay Correctional Institution with a PERMANENT SINGLE CELL. "See T.R.O."

E.  **JURY DEMAND**

   I want a jury to hear my case.

   ☐ – YES     ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __6th__ day of __May__ 20__20__.

   Respectfully Submitted,

   ___Donald D Rivera___
   Signature of Plaintiff

   ___503053___
   Plaintiff's Prisoner ID Number

   ___Waupun Correctional Institution___
   ___P.O Box 351  Waupun, WI 53963___
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

   ☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

   ☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5